UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VICTOR ENRIQUE DIAZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Docket no. 2:13-cr-00029-GZS-3 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
ON 28 U.S.C. § 2255 MOTION**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 952) filed June 21, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's Motion (ECF No. 909) for habeas relief pursuant to 28 U.S.C. § 2255 (ECF 105) is hereby **DENIED**.

It is further **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of October, 2021.